CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

## for

### CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | BRUCE QUEEN<br>1450 County Road<br>2100 North<br>Washburn, IL 61570 | **CASE NUMBER:** 01-40101-001 |
| **SENTENCING JUDICIAL OFFICER:** | HONORABLE JOE BILLY McDADE<br>U.S. District Judge | |
| **DATE OF ORIGINAL SENTENCE:** | December 13, 2002 | |
| **ORIGINAL OFFENSE:** | Receiving Child Pornography | |
| **ORIGINAL SENTENCE:** | 41 months custody, three years supervised release with special conditions: 1) Participate in psychiatric services and/or a program of mental health counseling/treatment; 2) Participate in a sex offender treatment program which may include physiological testing; 3) No unsupervised contact with minor children under the age of 18; 4) Register as a sex offender in any state that you may live in; 5) No owning, exercising control over, or having access to the Internet; and 6) No firearms, ammunition, or other dangerous weapon. | |
| **TYPE OF SUPERVISION:** | Supervised Release | |
| **DATE SUPERVISION COMMENCED:** | February 4, 2005 | |

### PETITIONING THE COURT

[ ]  To extend the term of supervision for   years, for a total term of   years.
[X]  To modify the conditions of supervision as follows:

Special Condition No 7:  You shall allow the probation office to conduct periodic unannounced examinations of your computer equipment and residence, which may include retrieval and copying of all data from your computer to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection.

### CAUSE

The purpose of this added condition will help to ensure the offender is complying with his conditions of supervision.  The defendant is currently in sex offender treatment and part of his treatment stipulates he have no access to sexually explicit material in the home and/or on a computer.  The special conditions of his

2

Re: Queen, Bruce

supervised release state he shall have no access to the Internet.  The search condition will give the probation office access to the defendant's residence and computer to effectively monitor the offender's behavior and compliance with the court's order, as well as the requirements of his sex offender treatment.

                                            Respectfully submitted,

                                            S\PATRICK M. HOWARD

                                            PATRICK M. HOWARD
                                            U.S. Probation Officer
                                            Date: June 22, 2005

PMH/js

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ **X** ] The Modification of Conditions as Noted Above
[   ] Other


                                                    s/Joe B. McDade
                                            HONORABLE JOE BILLY McDADE
                                            U.S. District Judge
                                            Date: 06/22/2005