CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

for

**CENTRAL DISTRICT OF ILLINOIS**

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Bruce Queen<br>334 Harris Lane<br>Bartonville, IL 61607 |
| **CASE NUMBER:** | 01-40101-001 |
| **SENTENCING JUDICIAL OFFICER:** | HONORABLE JOE BILLY McDADE<br>U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | 12/13/02 |
| **ORIGINAL OFFENSE:** | Receiving Child Pornography |
| **ORIGINAL SENTENCE:** | 41 months imprisonment, three years supervised release with the following conditions: 1) Participate in psychiatric services and/or a program of mental health counseling/treatment; 2) Participate in a sex offender treatment program which may include physiological testing; 3) No unsupervised contact with minor children under the age of 18; 4) Register as a sex offender in any state that you may live in; 5) Prohibited from owning, exercising control over, or having access to the Internet; and 6) No weapons |
| **TYPE OF SUPERVISION:** | Supervised Release |
| **DATE SUPERVISION COMMENCED:** | 02/04/05 |
| | 06/22/05: Court orders modification of supervised release to add Special Condition No. 7: You shall allow the probation office to conduct unannounced examinations of your computer and residence, which may include retrieval and copying all data from your computer to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection. |

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify Special Condition No. 2 and add Special Condition No. 8 of supervision as follows:

Special Condition No. 2: You shall participate in a sex offender treatment program as deemed necessary by the probation office. You shall pay for such services as directed by the U.S. Probation Office. You will submit to physiological testing, including polygraph testing, which may be part of a sex offender treatment program as directed by the U.S. Probation Office. You shall pay for such services as directed

Re: QUEEN, Bruce

>by the U.S. Probation Office.
>
>Special Condition No. 8: You shall neither possess nor have under your control any material, legal or illegal, that contains nudity or that depicts or alludes to sexual activity or depicts sexually arousing material. This includes, but is not limited to, any material obtained through access to any computer, including a computer for employment purposes, or any material linked to computer access or use.

**CAUSE**

On October 6, 2006, during an office visit, offender Queen admitted to looking at sexually arousing adult magazines and entering an adult video store. The offender was verbally reprimanded for this conduct. The purpose of these added conditions will help to ensure the offender is complying with his conditions of supervision and to protect the community.

>Respectfully submitted,
>
>S\Patrick M. Howard
>
>PATRICK M. HOWARD
>U.S. Probation Officer
>Date: December 14, 2006

PMH/js

---

THE COURT ORDERS:

[   ]  No Action
[   ]  The Extension of Supervision as Noted Above
[ X ]  The Modification of Conditions as Noted Above
[   ]  Other


>  s/Joe Billy McDade
> HONORABLE JOE BILLY McDADE
> U.S. District Judge
> Date:   12/14/06

PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

```
To modify Special Condition No. 2 and add Special Condition No. 8 of
supervision as follows:

Special Condition No. 2:  You shall participate in a sex offender
treatment program as deemed necessary by the probation office.  You
shall pay for such services as directed by the U.S. Probation Office.
You will submit to physiological testing, including polygraph testing,
which may be part of a sex offender treatment program as directed by
the U.S. Probation Office.  You shall pay for such services as directed
by the U.S. Probation Office.

Special Condition No. 8:  You shall neither possess nor have under your
control any material, legal or illegal, that contains nudity or that
depicts or alludes to sexual activity or depicts sexually arousing
material.  This includes, but is not limited to, any material obtained
through access to any computer, including a computer for employment
purposes, or any material linked to computer access or use.
```

Witness: S\Patrick M. Howard      Signed: S\Bruce Queen
    PATRICK M. HOWARD                  BRUCE QUEEN
    U.S. Probation Officer               Supervised Releasee

December 14, 2006

:js